131. Sup. Court 1827   *Thrall vs Allen*
Fil<sup>d</sup> in Court Dec. 8th 1827

Teritory of Michigan ⎫   Ss
Washtenaw County  ⎭

*William Thrall vs* ⎫   In Obedienc to the writ of Certiorari In this Cause I hearby
*John Allen—*  ⎭   transmit to you a true Copy of a Cause tried before me as a
Justice Court on the 2<sup>d</sup> day of March A.D 1827, I. Issued a Summons on the 24th day of February returnable the 2<sup>d</sup> day of March on which day the parties appeard, the plaintiff declard on book Account and also on an Assesment of damages made out agreeable to the 3<sup>d</sup> and 4th Section of an act regulating fences, to which the defendant demured Saying the one Sounded in tort and the other in Contract   I overruled the objection   the defendant then plead the Gen<sup>l</sup> Issue and Notice of

ofsett, the defendant did offer Evidence to Shew that the fence was not lawful which I Also overruled Considering the Certifficate Good Evidence agreeable to Statute, the defendant then objected to the certificate as being taken as Evidence, I did receive Evidence to prove the Signature of the assesors by one of them who qualified to his own hand wrighting and also to the other two which objection I also overruled, the last witness cauled to the Stand testified that the plaintiff raised the corn upon the farm of. E. W. Rumsey that the plaintiff was to have one third and Rumsey two thirds, that the corn when the damage was done was in the field but did not know what field the damage was done in   the defendant did move to have the procedings quased, which objections I also overruled not Considering the Evidence Sufficient to Shew that Rumsey was Ever known as a partner— stat. p. 415 1 T.R.276.   11 John.479   3 Wils.354   2 Bur.1114   1 Chit. 7

Besides the assessor qualified that they onily Assessed the damage done to the Corn of Of the plaintiff  I therefore did not think the objection Sufficient to have the assesment Struck out of the decleration   I. In making up my Judgment after allowing the defendant setoff I give a Judgment for the plaintiff for four dollars & fifty Cents damages & four dollars and twenty five Cents Cost

I. Certify the above to be a correct transcrip of the abovee Entitled cause
Ann Arbour May the .6. A.D 1827

MARTIN DAVIS Justice of the
Peace

Errors assigned

1. Trespass and case were joined in Plaintiffs declaration and held well upon demurrer, shewing this for special cause

2. The certificate of Damages was held *conclusive:*— The statute makes it *competent* only.—

3. Non joinder of Plaintiff. Rumsey should have been joined.—

LARNED & TORREY attorney
& Counsel for John Allen

Errors assigned & filed
Dec. 14. 1827 in open Court
JOHN WINDER
Clk

Transcrip of a Cause to be tried By the Supreme Judges of the Teritory of Michigan—